DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

EDWARD G. WINN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2235

———————————————

May 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Sarasota County, Thomas W. Krug, Judge.

Edward G. Winn, pro se.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.